IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 AUG -7  A 11: 04

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

| | | |
|---|---|---|
| MARION DAVIS | * | |
| ADELAIDE DAVIS | * | |
| Plaintiffs | * | |
| v. | | CIVIL NO. WMN-02-1609 |
| | * | |
| ONE BEACON INSURANCE COMPANY | | |
| | * | |
| Defendant | | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The court file reflecting the acknowledgment of defendant **One Beacon Insurance Company,** dated May 23, 2002, that it was served with a copy of the summons and complaint on April 17, 2002, and that said defendant has not yet filed any response to the Complaint; therefore, it is, this __7th__ day of __August__ 2002,

ORDERED:

1. That plaintiffs file and serve by mail on defendant **One Beacon Insurance Company** a motion for entry of default by the Clerk and a motion for default judgment, or provide a report as to why such motions would be inappropriate, within **14 days** of this order; and

2. That the Clerk mail or transmit copies of this Order to counsel of record.

_____
William M. Nickerson
Senior United States District Judge

