UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARION DAVIS, et al.            *

    Plaintiff                    *

v.                              *      CASE NO: WMN-02-1609

ONE BEACON INSURANCE CO.        *

and                             *

LOWE, BONANNI, TILLSON          *
INSURANCE & ASSOCIATES, INC.
                                  *

    Defendants
                     *   *   *   *   *

## ORDER

The Court having reviewed the Plaintiff's Motion to Remand and noted the lack of opposition thereto, it is this 5th day of Sept, 2002, hereby,

**ORDERED:**

That this matter is remanded to the Circuit Court of Maryland for Baltimore City.

                                  Honorable William M. Nickerson,
                                  Senior United Stated District Judge